# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIBAL A. VELASQUEZ HERNANDEZ, | Case No. 1:26-cv-04449-KES-SAB-HC |
| Petitioner, | FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS AND DIRECT RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER |
| v. | |
| WARDEN, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## BACKGROUND

Petitioner is a noncitizen who has lived in the United States since 2008 and is married and is the father of two U.S. citizen children. Petitioner owns property, has filed taxes, and has worked consistently. Petitioner alleges he has no criminal history. Petitioner has been detained since February 20, 2026, and an immigration judge ("IJ") denied custody redetermination due to lack of jurisdiction. (ECF No. 1 at 1–2.[1]) On May 7, 2026, an IJ denied cancellation of removal and ordered Petitioner removed to Honduras. Petitioner is pursuing appellate review before the Board of Immigration Appeals. (Id. at 4.)

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

On June 1, 2026, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of California. (ECF No. 1.) On June 10, 2026, the petition was transferred to this Court. (ECF Nos. 6, 7.) On June 15, 2026, Respondents filed a response to the petition. (ECF No. 11.)

**II.**

**DISCUSSION**

The Court finds that issuance of findings and recommendation is appropriate despite the time for Petitioner to file a reply to Respondents' response having not yet expired.

Respondents argue that Petitioner is "an 'applicant for admission' who is subject to mandatory immigration detention under 8 U.S.C. § 1225(b)." (ECF No. 11 at 1.) Such arguments have been rejected by this Court in numerous previous decisions. See, e.g., Crispin M.C. v. Noem, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); J.A.C.P. v. Wofford, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); Lepe v. Andrews, 801 F. Supp. 3d 1104 (E.D. Cal. 2025).

Respondents acknowledge that this "case is in the category of cases for which the Court has typically ordered immediate release. This case is not substantively distinguishable from the cases listed in the Court's minute order." (ECF No. 11 at 1.) As Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions set forth above, the Court recommends finding that Petitioner is entitled to immediate release. See J.A.C.P., 2025 WL 3013328, at *8.

**III.**

**RECOMMENDATION**

Based on the foregoing, the Court HEREBY RECOMMENDS that:

1. The petition for writ of habeas corpus (ECF No. 1) be GRANTED.

2. Respondents be directed to immediately release Petitioner.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within

**FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

3